IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CRIMINAL NO. 11-00302 |
| CLAUDIA MAGDELENA PEREZ-LEAL, ) | |
| Defendant. ) | |

## ORDER

Defendant Claudia Perez-Leal has filed a "Motion for Downward Departure" "pursuant to the United States Sentencing Guidelines 3E1.1 Application Notes: 1(g) post-offense rehabilitative efforts." (Doc. 145.) The Sentencing Guidelines are used in determining the sentence to impose. Once a sentence has been imposed the Court is without authority to reduce it except for those reasons listed in 18 U.S.C. § 3582. Post-offense rehabilitation is not one of those reasons. Therefore, the motion is **DENIED**.

**DONE** and **ORDERED** this the 30th day of June, 2016.

*s/ Charles R. Butler, Jr.*
**Senior United States District Judge**